```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    CAMERON JON CRAVEN
 6
```

7               IN THE UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) No. 2:08-CR-00212-LKK
                                     )
11              Plaintiff,           )
                                     ) **ORDER AFTER HEARING**
12       v.                          )
                                     )
13  MIGUEL EDWARDO VASQUEZ et al.,   ) Judge: Hon. Lawrence K. Karlton
                                     )
14              Defendants.          )
    _____)

16   At the status conference held on September 23, 2008, all parties were present and represented by counsel, except defendants Rene Lee Wright and Rhiannon Rochelle Wright not present due to wavier of appearance. The Court granted the parties' request for additional time to prepare and scheduled a further status conference as to all defendants for Tuesday, December 16, 2008 at 9:15 a.m. The Court ordered time excluded from September 23, 2008 through and including December 16, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)(iv) (Local Code T2, T4) in light of the ongoing complexity of the case.

   IT IS SO ORDERED.

DATED: September 25, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT