IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. No. S-08-212-LKK |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | <u>TIME EXCLUSION ORDER</u> |
| MIGUEL VASQUEZ, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Upon the request of the government and the defendant, the Court continues the next status conference date from March 3, 2009 to April 21, 2009 at 9:15 a.m. All remaining defendants in the case are in plea discussions with the government. The continuance is necessary for counsel adequately to review the plea offers and conduct further investigation   Thus, the requested continuance is for effective and diligent preparation in this case.  Also the case involves a large volume of discovery and is therefore complex as well.

///
///
///
///

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T-4) and time, therefore, will be excluded from March 3, 2009 through April 21, 2009.

DATE: March 4, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT