LAWRENCE G. BROWN
Acting United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 2:08-CR-212-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING STATUS CONFERENCE |
| v. ) | DATE |
| ) | |
| FRANK WESLEY BLUE, IV ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

It is hereby stipulated between the United States, through its undersigned counsel Assistant U.S. Attorney Mary L. Grad and the defendant Frank Wesley Blue, IV, through his undersigned counsel, that the status conference presently set for April 24, 2009 by **continued to May 5, 2009 at 9:15 a.m.**, and placed on the court's calendar for Change of Plea for that date.

Counsel for defendant needs additional time to review the plea agreement with the defendant.  The parties further stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(8)(B)(iv) (local code T-4) and time, therefore,

will be excluded from April 24, 2009 through May 5, 2009.

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

Date:   April 21, 2009        /s/ Mary L. Grad
                                      By: MARY L. GRAD
                                      Assistant United States Attorney


                                      /s/ Peter Kmeto
                                      Counsel for Frank Wesley Blue, IV


SO ORDERED.

Date: April 22, 2009

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT